Roderick **SAWYER**, Plaintiff–Appellant,

v.

Morrow **COLE**; et al., Defendants–Appellees.

No. 13–15127.

United States Court of Appeals, Ninth Circuit.

Submitted March 10, 2014.*

Filed March 17, 2014.

Roderick Sawyer, Indian Springs, NV, pro se.

Clark G. Leslie, Esquire, Deputy Assistant Attorney General, Office of the Neva-

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**590**

da Attorney General, Carson City, NV, for Defendants–Appellees.

Before: PREGERSON, LEAVY, and MURGUIA, Circuit Judges.

### MEMORANDUM **

Nevada state prisoner Roderick Sawyer appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging Eighth Amendment violations arising from unsanitary conditions of confinement. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Toguchi v. Chung,* 391 F.3d 1051, 1056 (9th Cir.2004), and we affirm.

** This disposition is not appropriate for publication and is not precedent except as provid-

The district court properly granted summary judgment because Sawyer failed to raise a genuine dispute of material fact as to whether defendants consciously disregarded an excessive risk to Sawyer's health by exposing him to unsanitary conditions in his cell and denying him adequate cleaning supplies. *See id.,* 391 F.3d at 1058 (prison officials are deliberately indifferent only if they know of and disregard an excessive risk of serious harm to inmate health).

**AFFIRMED.**